UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:99CR88-01-J

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.

ANTHONY DAVIS                                                                                     DEFENDANT

## MEMORANDUM OPINION AND ORDER

Before the Court is defendant's Motion for Reduction of Sentence Filed Pursuant to 18 U.S.C. §3582(c) to Modify Sentence (DN 100), to which the United States has filed an objection (DN 101). Defendant seeks a reduction of his term of supervised release from five years to four years, based upon the recent amendments to the Sentencing Guidelines that reduced offense levels for crack cocaine based offenses. As this Court reads the commentary to Amendment 712 of USSG §1B1.10, it is only a term of imprisonment imposed that may be reduced under the amendment. Where the time has already been served so as to preclude a reduction of the term of imprisonment, a court may consider early termination of supervised release pursuant to 18 U.S.C. §3583(e)(1).

In support of his motion seeking a reduction of his term of supervised release, defendant cites United States v. Johnson, 529 U.S. 53 (S.Ct. 2000). Therein, the United States Supreme Court indicates that "equitable considerations of great weight exist when an individual is incarcerated beyond the proper expiration of his prison term." The Court further explains that in such instances, a Court may terminate an individual's supervised release obligations "at any time after the expiration of one year . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." §3583(e)(1). A court may also modify an individual's conditions of supervised release pursuant to §3583(e)(2). Defendant Davis has only recently begun his period of

supervised release and, pursuant to §3583(e)(1), the motion to reduce the length of his supervised release is premature. The Court would entertain a motion pursuant to §3583(e)(1) after defendant has completed one year of supervised release. Accordingly,

IT IS ORDERED that Defendant's Motion seeking a reduction of his period of supervised release is DENIED as not ripe for adjudication.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.